JUDGE KOELTL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :

    - v. -                            :   INFORMATION

STEVEN KLIG,                          :   09 Cr. 856
   a/k/a "robertgibbons1967,"
                                      :
        Defendant.
                                      :
- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

1. From at least on or about October 20, 2008, up to and including on or about January 3, 2009, in the Southern District of New York and elsewhere, STEVEN KLIG, a/k/a "robertgibbons1967," the defendant, unlawfully, willfully, knowingly, and with the intent to extort from a person, money and other things of value, did transmit in interstate and foreign commerce communications containing threats to injure the reputation of the addressee, to wit, KLIG repeatedly sent anonymous correspondence, including emails from New York, New York to outside of New York State, to a woman in which he threatened to send a secretly recorded pornographic video involving that woman to that woman's family and neighbors if that woman did not send him pornographic photographs of herself.

(Title 18, United States Code, Section 875(d).)

COUNT TWO

The United States Attorney further charges:

2. From at least on or about October 20, 2008, up to and including on or about January 3, 2009, in the Southern District of New York and elsewhere, STEVEN KLIG, a/k/a "robertgibbons1967," the defendant, unlawfully, willfully, knowingly, and with the intent to kill, injure, harass, and place under surveillance with intent to kill, injure, harass, intimidate, and cause substantial emotional distress to a person in another State, did use the mail, an interactive computer service, and a facility of interstate commerce to engage in a course of conduct that did cause substantial emotional distress to that person, to wit, KLIG repeatedly sent anonymous correspondence, including emails from New York, New York to outside of New York State, in which he threatened to send a secretly recorded pornographic video involving that woman to that woman's family and neighbors if that woman did not send him pornographic photographs of herself, and in so doing caused substantial emotional distress to that woman.

(Title 18, United States Code, Section 2261A(2).)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

STEVEN KLIG,
a/k/a "robertgibbons1967,"

Defendant.

===

**INFORMATION**

09 Cr.

(18 U.S.C. §§ 875(d) and 2261A(2).)

---

                                                              <u>PREET BHARARA</u>
                                           United States Attorney.

---

[handwritten notations, dated 9/3/09, signed by Magistrate Judge]